UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Kimberly Webb,<br><br>           Plaintiff,<br>v.<br><br>Allied Data Corporation; and DOES 1-10, inclusive,<br><br>           Defendant. | Civil Action No.:  2:11-cv-00111-PMP -RJJ |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 19, 2011

                                                                    Respectfully submitted,

                                                                    By ___/s/ Joslyn LaMadrid_____

                                                                    Joslyn LaMadrid, Esq.
                                                                    10655 Park Run Drive, Second Floor
                                                                    Las Vegas, Nevada 89146
                                                                    (702) 232-4786

                                                                    **Of Counsel to**
                                                                    Lemberg & Associates, LLC
                                                                    1100 Summer Street
                                                                    Stamford, CT 06905
                                                                    (203) 653-2250

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 19, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Nevada Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By  /s/ Joslyn LaMadrid

                                                Joslyn LaMadrid