UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Kimberly Webb,<br><br>  Plaintiff,<br>v.<br><br>Allied Data Corporation,<br><br>  Defendant. | Civil Action No.:   2:11-cv-00111-PMP -RJJ |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Kimberly Webb ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 27, 2011

Respectfully submitted,

By: /s/ Joslyn LaMadrid

Joslyn LaMadrid, Esq.
6600 West Charleston Blvd.
Suite 117
Las Vegas, NV 89118
Telephone: (702) 658-8080
Facsimile:  (702) 658-9388
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Nevada Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Joslyn LaMadrid

                    Joslyn LaMadrid